EXHIBIT A

| | |
|---|---|
| DISTRICT COURT, SUMMIT COUNTY, STATE OF COLORADO<br>Court Address: 501 North Park Avenue<br>P.O. Box 269<br>Breckenridge, CO 80424 | DATE FILED: March 26, 2019 5:22 PM<br>FILING ID: A40D37B26669F<br>CASE NUMBER: 2019CV30047 |
| Plaintiff: Richard Robuck<br><br>v.<br><br>Defendant: C.R. England, Inc., and Deshawn Arrington | ▲COURT USE ONLY▲ |
| Counsel for the Plaintiffs<br>William C. Marlin, Reg. No. 16093<br>Joseph A. Sirchio, Reg. No. 44675<br>Franklin D. Azar & Associates, P.C.<br>14426 East Evans Avenue<br>Denver, CO 80014<br>Telephone: 303-757-3300<br>Facsimile: 303-757-3206<br>E-Mail: marlinb@fdazar.com<br>E-Mail: sirchioj@fdazar.com | Case No.<br><br>Division: |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,<br>COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT<br>AND JURY DEMAND** | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    ■ This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

**Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P.

(Checking this box is optional.)

Respectfully, submitted this 26th day of March, 2019.

>FRANKLIN D. AZAR & ASSOCIATES, P.C.
>By: /s/ *Joseph A. Sirchio*
>Joseph A. Sirchio, Reg. No. 44675
>William C. Marlin, Reg. No. 16093
>COUNSEL FOR PLAINTIFF